IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRISTAN ASSANCE, | CV 24-9-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| LINCOLN COUNTY, BRANDON HOLZER, JAMES KIRK KRAFT, and DOES 1-10, | |
| Defendants. | |

Defendants Kirk Kraft and Brandon Holzer having moved unopposed to dismiss certain affirmative defenses from their respective Answers,

IT IS ORDERED that the motions (Docs. 19, 20) are GRANTED. The identified affirmative defenses are DISMISSED.

DATED this 14th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court