IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRISTAN ASSANCE,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN COUNTY, BRANDON HOLZER, JAMES KIRK KRAFT, and DOES 1-10,<br><br>Defendants. | CV 24-9-M-DWM<br><br>ORDER |

The Parties have filed a stipulation for dismissal. (Doc. 69.)

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE with each party to pay their own fees and costs.

The Clerk of Court is directed to close this case.

DATED this 25th day of Noveber, 2026.

Donald W. Molloy, District Judge
United States District Court